**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 22 2005

JAMES W. McCORMACK, CLERK
By: _____
　　　　　　　　　　　DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| EDDIE BRILEY<br>ADC #116921<br>　　　　　Plaintiff | * * * * | |
| VS. | * * | NO: 5:04CV00410 SWW |
| KENNETH ELLIS, ET AL.<br>　　　　　Defendants | * * * * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate H. David Young and Plaintiff's objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE, and Plaintiff's supplemental state-law claims are DISMISSED WITHOUT PREJUDICE.

2. Plaintiff's motions for discovery (docket entries #80, #88, ) are DENIED.

3. Plaintiff's motions for service (docket entries #79, #92) and motion for leave to amend to correct spelling (docket entry #93) are DENIED AS MOOT.

4. Defendants' motion to quash (docket entry #105) is DENIED AS MOOT.

IT IS SO ORDERED THIS 22nd DAY OF JULY, 2005.

_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT