**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 22 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

EDDIE BRILEY
ADC #116921
          Plaintiff

VS.

KENNETH ELLIS, ET AL.
          Defendants

NO: 5:04CV00410 SWW

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE, and Plaintiff's supplemental state-law claims are DISMISSED WITHOUT PREJUDICE. IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED THIS 22nd DAY OF JULY, 2005.

_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT